IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

TOMMY RAY BROWN,

    Plaintiff,                         No. CIV S-07-1006 GEB DAD P

    vs.

MARSHALL, et al.,

    Defendants.                 <u>ORDER</u>

_____/

        Plaintiff is a state prisoner proceeding pro se. Plaintiff filed an in forma pauperis application on May 25, 2007. Subsequently, no other pleadings have been filed in this action. However, the court's records reveal that on May 21, 2007, plaintiff filed a civil rights complaint in Case No. S-07-0956 MCE DAD P and is proceeding with that action. Thus, it appears that this case was opened in error.

        Accordingly, IT IS HEREBY ORDERED that this action be administratively closed.

DATED: June 15, 2007.

/s/ Dale A. Drozd
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD/bb/4
brow1006.23